FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 26 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| TRACY ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION FILE NO. |
| | * | |
| POLK COUNTY, GEORGIA, a Political Subdivision of the State of Georgia; JOE WELDON, Individually and in his Official Capacity as an Investigator for the Polk County Police Department; KIKI CAMPBELL a/k/a KIKI CAMPBELL EVANS, Individually and in her Official Capacity as Assistant Chief, Polk County Police Department; KENNY DODD, Individually and in his Official Capacity as Polk County Police Chief; KELLY McLENDON, Individually and in his Official Capacity as Polk County Sheriff; and JOHN DOE I-X and JOHN DOE II-XX and Others whose Actions caused the Confiscation and Retention of Plaintiff's Equipment, Individually and in their Official Capacities, | * * * * * * * * * * * * * * * * * * * * * | 4:11-CV-263 -HLM |
| Defendants. | * | |

## NOTICE OF REMOVAL

**COME NOW** Defendants Polk County, Georgia, Weldon, Campbell, Dodd, and McLendon (hereinafter "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby remove to this Court the action entitled *Tracy Robinson v. Polk County, Georgia, a Political Subdivision of the State of Georgia; Joe Weldon, Individually and in his Official Capacity as an Investigator for the Polk County Police Department; Kiki Campbell a/k/a Kiki Campbell Evans, Individually and in her Official Capacity as Assistant Chief, Polk County Police Department; Kenny Dodd, Individually and in his Official Capacity as Polk County Police Chief; Kelly McLendon, Individually and in his Official Capacity as Polk County Sheriff; and John Doe I-X and John Doe II-XX and Others whose Actions caused the Confiscation and Retention of Plaintiff's Equipment, Individually and in their Official Capacities*, Civil Action No. 2011 CV 1311 S, presently pending in the Superior Court of Polk County, State of Georgia, and in support thereof, Defendants respectfully show this Court as follows, to-wit:

1.

Plaintiff filed the instant action on or about October 4, 2011, against these Defendants in the Superior Court of Polk County, State of Georgia, Civil Action No. 2011 CV 1311 S. The first Defendant served with a copy of the summons and

complaint in this case was served on October 5, 2011. In accordance with 28 U.S.C. §1446(a), attached hereto as EXHIBIT A is all of the process, pleadings and orders that have been received by these Defendants in the above action to date.

2.

Defendants Polk County, Georgia, Weldon, Campbell, Dodd, and McLendon filed an Answer to said complaint in the Superior Court of Polk County, State of Georgia, Civil Action No. 2011 CV 1311 S. A true and correct copy of said Answer is attached hereto as EXHIBIT B.

3.

No further proceedings have been had herein in the Superior Court of Polk County, State of Georgia, Civil Action No. 2011 CV 1311 S.

4.

The above-styled action is a civil action in which Plaintiff is seeking damages, attorney's fees and costs and whereby Plaintiff brings this action pursuant to, *inter alia*, 42 U.S.C. § 1983, and generally alleges the conduct of Defendants to be in violation of Plaintiff's rights as guaranteed by the United States Constitution. Specifically, Plaintiff contends that Defendants unlawfully seized and retained certain of equipment allegedly owned by Plaintiff.

5.

Plaintiffs' claims present federal questions over which this Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b). *See* 42 U.S.C. §1983 *and* 42 U.S.C. §1988.

6.

Pursuant to 28 U.S.C. §1441(a), venue in this District Court is proper because the Northern District of Georgia, Rome Division embraces Polk County, Georgia, where the original lawsuit is pending.

7.

Pursuant to 28 U.S.C. §1446(b), Defendants are filing this Notice of Removal with this Court, within thirty days of service or attempted service of the complaint upon Defendants.

8.

A Notice to State Court of Removal to Federal Court is being filed with the Superior Court of Polk County, Georgia. A true and correct copy of said Notice is attached hereto as EXHIBIT C.

9.

This Notice of Removal is hereby being signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

10.

Defendants hereby notify this Honorable Court, and by service of this Notice of Removal on all parties to the suit originally brought in state court, that Defendants hereby remove the case filed in the state court to the United States District Court for the Northern District of Georgia, Rome Division.

11.

Plaintiff demanded a jury trial in his complaint, and Defendants hereby demand a jury trial in this action.

**WHEREFORE**, Defendants respectfully request that this Notice of Removal be deemed good and sufficient, and that proceedings attached hereto be removed from the Superior Court of Polk County, Georgia, to the docket of this Honorable Court.

RESPECTFULLY SUBMITTED,

WOMACK, GOTTLIEB & RODHAM, P.C.

_____
RONALD R. WOMACK
GEORGIA BAR NO. 773650

_____
STEVEN M. RODHAM
GEORGIA BAR NO. 611404

109 EAST PATTON AVENUE
P. O. BOX 549
LAFAYETTE, GEORGIA 30728
706/638-2234

ATTORNEYS FOR DEFENDANTS

_____
STEVEN M. RODHAM
GEORGIA BAR NO. 611404

109 EAST PATTON AVENUE
P. O. BOX 549
LAFAYETTE, GEORGIA 30728
706/638-2234

ATTORNEYS FOR DEFENDANTS

## CERTIFICATION OF COUNSEL

The undersigned pursuant to this Court's Local Rules hereby certifies that this document has been prepared with Times New Roman 14 point.

THIS 26th DAY OF OCTOBER, 2011.

                                    WOMACK, GOTTLIEB & RODHAM, P.C.

                                    STEVEN M. RODHAM
                                    GEORGIA BAR NO. 611404

P. O. BOX 549
109 EAST PATTON AVENUE
LAFAYETTE, GEORGIA 30728
706/638-2234

                                    OF COUNSEL FOR DEFENDANTS